# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN E. PACE, II, and NORTHWEST BIKERS FOR TRUMP INC. | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | 2:17-cv-01181<br>Electronic Filing |
| ANTHONY MASTRANGELO, et al., | ) ) | |
| Defendants. | ) | |

## **ORDER**

On September 8, 2017, the above captioned case was filed in this Court and was later referred to a Magistrate Judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules of Court for Magistrate Judges.

Before the Court is the Report and Recommendation of the Magistrate Judge (Doc. No. 8) recommending that the case be dismissed for failure to prosecute. Objections to the Report and Recommendation were due by January 25, 2018. No objections were filed. The matter is ripe for disposition.

The District Court must make a *de novo* determination of those portions of the report to which objections are made. 28 U.S.C. § 636(b)(1)(C); *see also Henderson v. Carlson*, 812 F.2d 874, 877 (3d Cir. 1987). This Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. The District Court Judge may also receive further evidence or recommit the matter to the Magistrate Judge with instructions.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the Court adopts the Report and Recommendation as the Opinion of the Court and accepts Magistrate Judge Eddy's recommendation.

Accordingly,

**AND NOW**, this 30th day of January, 2018, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

**IT IS ORDERED** that this action be dismissed for failure to prosecute.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF 8) is **ADOPTED** as the Opinion of the Court.

s/ DAVID STEWART CERCONE
David Stewart Cercone
Senior United States District Judge

cc: John E. Pace, II
      1444 Nittany Dr.
      Chambersburg, PA 17202
      (*Via First Class Mail*)